IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RONALD S. JACKSON,

    Petitioner,

v.                         Civil Action No. 3:18CV403–HEH

J. RAY ORMOND,

    Respondent.

FILED OCT 16 2019 CLERK, U.S. DISTRICT COURT RICHMOND, VA

## MEMORANDUM OPINION
(Dismissing 28 U.S.C § 2241 Petition Without Prejudice)

Petitioner, a federal prisoner proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. At the inception of this action, the Court informed Petitioner that he must keep the Court informed of his current address. On June 13, 2019, the United States Postal Service returned a May 30, 2019 Memorandum Order to the Court marked, "RETURN TO SENDER" and "NOT AT THIS ADDRESS" because Petitioner had been released. Since that date, Petitioner has not provided the Court with a current address. Accordingly, the action is DISMISSED WITHOUT PREJUDICE.

An appropriate order will accompany this Memorandum Opinion.

/s/
HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE

Date: Oct. 16 2019
Richmond, Virginia